Form 130

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 08−81117

IN THE MATTER OF:
 Steve Burele Mayhew      xxx−xx−2134
 Karen Forehand Mayhew    xxx−xx−3848
 aka Karen Jean Forehand
 2814 Becketts Ridge Drive
 Hillsborough, NC 27278

   Debtor(s)

## ORDER AND NOTICE OF HEARING

   The Chapter 13 Standing Trustee has filed a Notice of Proposed Plan and Order Confirming Plan in the above−named case. The Court has determined that a hearing should be held on the proposed plan and confirmation; wherefore, it is

   ORDERED that a hearing on the confirmation of the proposed plan in this case be held at 11:00 AM on 11/10/08 in the following location:

> Courtroom – First Floor
> The Durham Centre
> 300 West Morgan Street
> Durham NC 27701

Dated: 10/6/08

*Catharine R. Carruthers*
Catharine R. Carruthers
United States Bankruptcy Judge

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.