IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN RE:                              )
                                    )
STEVE BURELE MAYHEW                 )        Case No. 08-81117
KAREN FOREHAND MAYHEW,              )            (Chapter 13)
            Debtors                 )

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION**

THIS CAUSE comes on to be heard before the undersigned United States Bankruptcy Judge for the Eastern District of North Carolina, upon the Objection To Motion For Confirmation Of Plan (herein the "Objection") filed by CarMax Auto Finance ("CarMax"). The parties have agreed to resolve the Objection on the terms set forth herein, to which the Trustee has no objection, as evidenced by their respective signatures set forth below. After having review the Objection and the record in this case, the Court approves such settlement.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. That CarMax shall be allowed a fully-secured claim in the Chapter 13 Plan relative to the 2006 Dodge Grand Caravan, VIN #2D4GP44LX6R630597 (herein the "Vehicle") in the principal amount of $20,232.57, which claim shall bear interest at a rate to be determined by the Trustee until paid in full; and

2. That the Trustee is hereby authorized to modify or extend the Chapter 13 Plan as necessary to accommodate payment to CarMax of such claim(s); and

3. That time is of the essence as to each and all of the provisions of this Consent Order; and

4. This Court shall, and hereby does, retain jurisdiction over this matter, the parties hereto, and the subject matter hereof, to the extent permitted under applicable law, for the entry of such other and further orders as are either necessary or appropriate to accomplish the foregoing.

Debtors: Steve and Karen Mayhew
Case No.: 08-81117

CONSENTED TO AND ACCEPTED:

KIRSCHBAUM, NANNEY, KEENAN & GRIFFIN, P.A.

By: s/_____*Pamela P. Keenan*_____
　　　Pamela P. Keenan
　　　N.C. State Bar No. 20328
Attorneys for CarMax Auto Finance
P.O. Box 19766
Raleigh, NC 27619
Telephone: (919) 848-0420


s/_____*John T. Orcutt*_____
John T. Orcutt
N.C. State Bar No. _____
Attorney for Debtors
6616-203 Six Forks Rd.
Raleigh, NC 27615
Telephone: (919) 847-9750


s/_____*Richard M. Hutson, II*_____
Richard M. Hutson, II
Chapter 13 Trustee
P. O. Box 3613
Durham, NC 27702

2

PARTIES TO BE SERVED
Page 1 of 1
Case No. 08-81117

Steve and Karen Mayhew
2814 Becketts Ridge Dr.
Hillsborough, NC 27278

John T. Orcutt
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
PO Box 3613
Durham, NC 27702

Pamela P. Keenan
Kirschbaum, Nanney, Keenan & Griffin, P.A.
PO Box 19766
Raleigh, NC 27619